## F. E. Nulsen, Defendant in Error, v. Terre Haute Brewing Company, Plaintiff in Error.

### (Not to be reported in full.)

Error to the City Court of East St. Louis; the Hon. W. M. VANDEVENTER, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed November 13, 1916.

### Statement of the Case.

Action by F. E. Nulsen, plaintiff, against Terre Haute Brewing Company, defendant, for rent. From a judgment in favor of plaintiff for $780, defendant brings error.

KEEFE & SULLIVAN, for plaintiff in error.

KRAMER, KRAMER & CAMPBELL, for defendant in error.

MR. JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. PRINCIPAL AND AGENT, § 102*—*when duty lies on third person to make inquiry and ascertain real authority of agent.* A person who has notice of such facts as to put him on inquiry as to the authority of an agent to make a lease acts at his peril in accepting a lease from such agent without making inquiry and ascertaining the agent's real authority, notwithstanding such agent may have apparent authority, and it is his right and duty to make such inquiry.

2. APPEAL AND ERROR, § 1241*—*when party may not complain of erroneous instruction.* A party may not complain of an instruction which sets forth a correct principle of law as misleading where he himself procures an instruction on the same subject.

3. INSTRUCTIONS, § 151*—*when refusal of is not error.* It is not error to refuse·requested instructions which are covered by other given instructions.

4. INSTRUCTIONS, § 63*—*when instruction is not erroneous as assuming controverted facts.* An instruction is not erroneous as assuming controverted facts where, when considered with other instructions, such impression is not given.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.